La Iglesia Católica, Apostólica y Romana en Puerto Rico, demandante y apelada, *v.* Ramón Fournier, demandado y apelante.

No. 3644.—*Visto:* Noviembre 27, 1925. *Resuelto:* Noviembre 30, 1925.

APELACIÓN Y ERROR—RÉCORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RÉCORD—NECESIDAD DEL PLIEGO DE EXCEPCIONES, EXPOSICIÓN DEL CASO O RELACIÓN DE HECHOS—INCLUSIÓN DE LAS PRUEBAS EN RELACIÓN CON LA CUESTIÓN A REVISAR.—Comete error una corte al no eliminar una llamada exposición del caso presentada a los efectos de una apelación contra resolución fijando la cuantía de costas que sólo se limita a ser una relación de las diversas actuaciones habidas con motivo de la fijación de dichas costas y que no contiene prueba alguna con respecto a ellas.

RESOLUCIÓN de *M. Rodríguez Serra,* J. (Segundo Distrito, San Juan), declarando sin lugar moción sobre eliminación de una llamada exposición del caso. *Revocada.*

*C. del Toro Fernández,* abogado del apelante; *H. Torres Solá,* abogado de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Establecida apelación contra resolución de la corte infe-

rior fijando la cuantía de las costas fué·apelada esa resolución y habiendo obtenido la parte apelante una prórroga para presentar una exposición del caso para su apelación fué presentada dentro del término que se le concedió, solicitando entonces la apelada que fuese eliminada tal exposición del caso, pero fué negada esta petición estableciéndose contra esa resolución el presente recurso de apelación.

La cuestión sobre fijación de las costas fué sometida a la corte inferior por estipulación de las partes por el memorándum de ellas, por la impugnación que fué hecha y por la contestación a la impugnación; y la exposición del caso cuya eliminación fué negada se limita a hacer constar la existencia de un pleito en el que la demandante fué condenada al pago de costas: que fué presentado un memorándum de costas ascendente a $340.55, que fué impugnado, que fué reducido por la corte en $70 y que esa resolución fué apelada, presentándose dicha exposición del caso para tal apelación.

De lo antes expuesto se ve que la llamada exposición del caso se limita a ser una relación de las diversas actuaciones habidas con motivo de la fijación de las costas y que no contiene prueba alguna con respecto a ellas, por lo que no es una exposición del caso o documento en el que se consignan en forma narrativa las pruebas presentadas en la corte inferior para la resolución de la cuestión, a fin de que nosotros podamos conocerlas y apreciarlas en nuestra decisión. Por consiguiente la corte inferior erró al no eliminar tal exposición del caso, por lo que *debe ser revocada su resolución apelada.*

Los Jueces Asociados Sres. Wolf y Franco Soto no tomaron parte en la resolución de este caso.